# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

130849
(57)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MELISSA LUTZ,
       Plaintiff-Appellant,

v

MERCY MT. CLEMENS CORPORATION,
d/b/a ST. JOSEPH'S MERCY OF MACOMB-
ROMEO HEALTH CENTER, RAAD AUSI,
M.D., and LYDIA C. ROZOF, M.D.,
       Defendants-Appellees,

and

SUDARSHAN R. REDDY, M.D.,
       Defendant.

SC: 130849
COA: 261465
Macomb CC: 04-003382-NH

_____/

     On order of the Court, the motion for reconsideration of this Court's September 20, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk